**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF CONNECTICUT

Case number *(if known)* _____    Chapter __7__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
**4/19**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Ace Begonias Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **06-1213359** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **231 Seymour Road**<br>**Woodbridge, CT 06525**<br>Number, Street, City, State & ZIP Code | **66 Bear Hill Road**<br>**Bethany, CT 06524**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **New Haven**<br>County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor    **Ace Begonias Inc.**
_____          Case number (*if known*) _____
        Name

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | A. *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   _____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | _____ | | _____ | | _____ | |
| | District | | When | | Case number | |
| | _____ | | _____ | | _____ | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| Debtor | **Paul Rieur** | Relationship | **Owner of Ace Begonias** |
|---|---|---|---|
| District | **Connecticut at New Haven** | When | Case number, if known |

| Debtor | Ace Begonias Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

**11.** **Why is the case filed in** *this district?*

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**     .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Ace Begonias Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 30, 2019**
MM / DD / YYYY

**X  /s/ Paul R. Rieur**                                         **Paul R. Rieur**
Signature of authorized representative of debtor           Printed name

Title    **Member/Manager**

---

**18. Signature of attorney**

**X  /s/ Anthony S. Novak**                          Date    **August 30, 2019**
Signature of attorney for debtor                             MM / DD / YYYY

**Anthony S. Novak**
Printed name

**Novak Law Office, P.C.**
Firm name

**280 Adams Street**
**Manchester, CT 06042**
Number, Street, City, State & ZIP Code

Contact phone    **860-432-7710**        Email address    **anthonysnovak@aol.com**

**ct09074 CT**
Bar number and State

**Fill in this information to identify the case:**

Debtor name **Ace Begonias Inc.**

United States Bankruptcy Court for the: DISTRICT OF CONNECTICUT

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**August 30, 2019**__         *X* **/s/ Paul R. Rieur**
                                            Signature of individual signing on behalf of debtor

                                            **Paul R. Rieur**
                                            Printed name

                                            **Member/Manager**
                                            Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Ace Begonias Inc.**

United States Bankruptcy Court for the:   DISTRICT OF CONNECTICUT

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................. $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................ $ 174,032.60

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................. $ 174,032.60

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ 10.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................ $ 50,787.21

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$ 1,908,998.30

4. **Total liabilities** ...............................................................
   Lines 2 + 3a + 3b                    $ 1,959,795.51

| Fill in this information to identify the case: |
|---|

Debtor name **Ace Begonias Inc.**

United States Bankruptcy Court for the: **DISTRICT OF CONNECTICUT**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **New Haven Bank #6962** | **Checking** | 6962 | $32.60 |

4. **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | **Check for $140,000.00 from sale of  Real Estate** | $140,000.00 |

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $140,032.60 |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. Does the debtor have any deposits or prepayments?

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. Does the debtor have any accounts receivable?

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11. **Accounts receivable**

| Debtor | **Ace Begonias Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| 11b. Over 90 days old: | 4,000.00 | - | 4,000.00 | =.... | Unknown |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.**  **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| | $0.00 |
|---|---|

---

**Part 4:**  **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:**  **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

**Part 6:**  **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:**  **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

---

**Part 8:**  **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

---

**Part 9:**  **Real property**

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

---

**Part 10:**  **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

---

**Part 11:**  **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.

Debtor    **Ace Begonias Inc.**
_____    Case number (If known) _____
          Name

■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) |  |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) |  |
| 73. | **Interests in insurance policies or annuities** |  |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** |  |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |  |
| 76. | **Trusts, equitable or future interests in property** |  |
| 77. | **Other property of any kind not already listed** _Examples:_ Season tickets, country club membership<br>**possible escrow funds being held by Internal Revenue Service in regards to previous quarterly taxes 941/943 approximately $77,000.00 may be subject to setoff or claim by Internal Revenue Service** | **Unknown** |
|  | **State of Connecticut Department of Revenue services may have claim for $34,000.00 dispursed on July 19, 2019 on sale of debtor's real property may be subject to setoff or claim by the State of Connecticut.  See Attached closing statement** | **$34,000.00** |

78.    **Total of Part 11.**
       Add lines 71 through 77. Copy the total to line 90.                        | **$34,000.00** |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor   **Ace Begonias Inc.**
Name

Case number *(If known)*

---

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $140,032.60 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .....................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $34,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $174,032.60 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $174,032.60 |

*LAW OFFICES OF*

## DONALD H. TAMIS

*246 BANK STREET*

*P.O. BOX 351*

*SEYMOUR, CONNECTICUT 06483*

*Paralegal*
*Cindy L. Childs*

(203) 888-2663
FAX (203) 888-1391

### SELLER'S CLOSING STATEMENT

SELLER(S):   Ace Begonias, Inc.
BUYER(S):   Bethany Farm & Nursery, LLC
PROPERTY:   231 Seymour Road
                        Bethany, Connecticut
CLOSING DATE:   July 19, 2019

-------------------------------------------------------------------------------

PURCHASE PRICE                                                          $600,000.00

LESS
Tax Adjustment 07/01/19-07/19/19
 19 days @$16.60 per day                     $315.40
Deposit                                              $10,000.00
                                                             $10,315.40                 $  10,315.40

CASH TO CLOSE                                                          $589,684.60

-------------------------------------------------------------------------------

AVAILABLE FUNDS
Cash to Close                                                              $589,684.60
Deposit                                                                      $  10,000.00
                                                                               $599,684.60


LESS DISBURSEMENTS
Sachem Capital Payoff                        $410,500.00
State Tax Department                         $ 34,000.00 (e)
2017 Taxes - Bethany Tax Collector    $   3,359.16
Donald H. Tamis, Legal Fee               $   2,400.00
State Conveyance Tax–Bethany          $   4,500.00
Local Conveyance Tax–Bethany          $   1,500.00
State Conveyance Tax–Woodbridge    $        15.75
Local Conveyance Tax– Woodbridge   $          5.25
Recording Fees                                   $      360.00
                                                            $456,640.16                 $456,640.16

NET DUE TO SELLER[S]...........................................           $143,044.44

DONALD H. TAMIS
Attorney at Law

**Fill in this information to identify the case:**

Debtor name **Ace Begonias Inc.**

United States Bankruptcy Court for the: DISTRICT OF CONNECTICUT

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **Advantage Capital Funding** | Describe debtor's property that is subject to a lien | **$1.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**Attn: President**
**104 E. 25th Street**
**10th Floor**
**New York, NY 10010**

Creditor's mailing address

Describe the lien
**UCC filing**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

| 2.2 | **Agco Finance, LLC** | Describe debtor's property that is subject to a lien | $1.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: President**
**PO Box 2000**
**Johnston, IA 50131**

Creditor's mailing address

Describe the lien
**UCC filing**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

Debtor **Ace Begonias Inc.**
Name

Case number (if known) _____

☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 | **Axos Bank** | | | |
| --- | --- | --- | --- | --- |

Creditor's Name

Describe debtor's property that is subject to a lien

$1.00    $0.00

**Attn: President**
**9205 West Russell Road**
**Suite 400**
**Las Vegas, NV 89148**
Creditor's mailing address

Describe the lien
**UCC filing**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.4 | **Corporate Service Company** | | | |
| --- | --- | --- | --- | --- |

Creditor's Name

Describe debtor's property that is subject to a lien

$1.00    $0.00

**Attn: President**
**P.O. Box 2576**
**Springfield, IL 62708**
Creditor's mailing address

Describe the lien
**UCC filing**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.5 | **CT Corporation System** | | | |
| --- | --- | --- | --- | --- |

Creditor's Name

Describe debtor's property that is subject to a lien

$1.00    $0.00

**Attn President**
**330 N. Brand Blvd. #700**
**Glendale, CA 91203**
Creditor's mailing address

Describe the lien
**UCC filing**

---

Debtor  **Ace Begonias Inc.**
_____
Name

Case number *(if know)* _____

| | |
|---|---|
| _____<br>Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Date debt was incurred** | |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed |

---

| 2.6 | **DLI Assets Bravo LLC** | Describe debtor's property that is subject to a lien | $1.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: President
550 North Brand Blvd.
Suite 2000
Glendale, CA 91203**
_____
Creditor's mailing address

**Describe the lien**
**UCC filing**

**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.7 | **Griffin Greenhouse Supplies** | Describe debtor's property that is subject to a lien | $1.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: President
1619 Main Street
Tewksbury, MA 01876**
_____
Creditor's mailing address

**Describe the lien**
**UCC filing**

**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | Ace Begonias Inc. | Case number (if know) | |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.8 | **ROC Funding Group** | | Describe debtor's property that is subject to a lien | $1.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Attn: President
260 Christopher Ln
Staten Island, NY 10314**

Creditor's mailing address

**Describe the lien**

**UCC filing**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.9 | **State of Connecticut** | | Describe debtor's property that is subject to a lien | $1.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Dept. of Labor
Attn: Clerk
200 Folly Brook Boulevard
Wethersfield, CT 06109**

Creditor's mailing address

**Describe the lien**

**UCC filing**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **Webster Bank, NA** | | Describe debtor's property that is subject to a lien | $1.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Attn: President
Mail Code - NB150
436 Slater Road
New Britain, CT 06053**

Creditor's mailing address

**Describe the lien**

**UCC filing**

---

Debtor  **Ace Begonias Inc.**
        Name                                                    Case number (if know) _____

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No

☐ Yes. Specify each creditor,
   including this creditor and its relative
   priority.

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**        | **$10.00** |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
|  |  |  |

**Fill in this information to identify the case:**

Debtor name  **Ace Begonias Inc.**

United States Bankruptcy Court for the:  DISTRICT OF CONNECTICUT

Case number (if known)  _____

☐ Check if this is an
  amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Barbara Hagen-Smith**<br>**116 Northrop Road**<br>**Woodbridge, CT 06525** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,635.99 | $2,635.99 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | | | |
| **2.2** Priority creditor's name and mailing address<br>**Clifford Strumello**<br>**15 Cemetary Road**<br>**Seymour, CT 06483** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $150.00 | $150.00 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | | | |

| Debtor | **Ace Begonias Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $301.81 | $301.81 |
|---|---|---|---|---|

**Denise Arpino**
**33 Andrews Avenue**
**Milford, CT 06460**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,746.98 | $2,746.98 |
|---|---|---|---|---|

**Hans David Shmigelsky**
**211 Wooding Hill Road**
**Bethany, CT 06524**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,164.82 | $5,164.82 |
|---|---|---|---|---|

**Henry Cushman**
**252 Leetes Island Road**
**Trailer 21**
**Branford, CT 06405**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,032.89 | $6,032.89 |
|---|---|---|---|---|

**Hugo Soriano**
**7 Star Avenue #3**
**Danbury, CT 06810**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | Ace Begonias Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.7** | Priority creditor's name and mailing address

**Internal Revenue Service**
**Attn: Special Procedures**
**135 High Street, Stop 155**
**Hartford, CT 06103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**$1.00**   **$1.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8** | Priority creditor's name and mailing address

**Lizeth Perez**
**87 Kensington Street**
**New Haven, CT 06511**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,382.83**   **$3,382.83**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.9** | Priority creditor's name and mailing address

**Marta German**
**1170 Johnson Road**
**Woodbridge, CT 06525**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,841.62**   **$3,841.62**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.10** | Priority creditor's name and mailing address

**Nathan Guzzo**
**29 Curtis Avenue**
**Wallingford, CT 06492**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$13,250.54**   **$13,250.54**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Ace Begonias Inc.** | | Case number (if known) | |
|--------|------------------------|--|-------------------------|--|
| | Name | | | |

---

**2.11** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $769.80 | $769.80

**Pamela Davison**
**231 Seymour Road**
**Woodbridge, CT 06525**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.12** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.00 | $1.00

**State of Connecticut**
**Dept. of Revenue Services**
**C&E Division, Bankruptcy Unit**
**450 Columbus Blvd., Suite 1**
**Hartford, CT 06103**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**2019**

Basis for the claim:
**sales and use tax for Ace Begonias**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.13** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,488.59 | $2,488.59

**Town of Bethany**
**Attn: Clerk**
**40 Peck Rd**
**Bethany, CT 06524**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.14** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.00 | $1.00

**Town of Woodbridge**
**Attn:  Town Clerk**
**11 Meetinghouse Ln**
**Woodbridge, CT 06525**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Ace Begonias Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,884.50 | $3,884.50 |
|---|---|---|---|---|

2.15

Priority creditor's name and mailing address

**Wendy Rutkin**
**120 Dwight Street**
**Apt. 408**
**New Haven, CT 06511**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,884.50    $3,884.50

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.16

Priority creditor's name and mailing address

**William Lasse**
**130 Hill Street**
**Shelton, CT 06484**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$6,133.84    $6,133.84

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

3.1

**Nonpriority creditor's name and mailing address**

**A.D.R. Bulbs Inc.**
**Attn: President**
**P.O. Box 538**
**Chester, NY 10918**

**Date(s) debt was incurred _**
**Last 4 digits of account number _**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  __vendor__

Is the claim subject to offset?  ■ No  ☐ Yes

$5,413.29

---

3.2

**Nonpriority creditor's name and mailing address**

**Advantage Capital Funding**
**Attn: President**
**104 E. 25th Street**
**10th Floor**
**New York, NY 10010**

**Date(s) debt was incurred _**
**Last 4 digits of account number _**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __vendor__

Is the claim subject to offset?  ■ No  ☐ Yes

$169,050.00

---

3.3

**Nonpriority creditor's name and mailing address**

**Agco Finance, LLC**
**Attn: President**
**PO Box 2000**
**Johnston, IA 50131**

**Date(s) debt was incurred _**
**Last 4 digits of account number _**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __vendor__

Is the claim subject to offset?  ■ No  ☐ Yes

$1.00

| Debtor | Ace Begonias Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $494.24 |
|---|---|---|---|

**All American Waste**
Attn: President
P.O. Box 630
East Windsor, CT 06088

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor**

Last 4 digits of account number  **3934**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $347.98 |
|---|---|---|---|

**Allen's Plumbing Supply**
Attn: President
145 Bank Street
RT 67
Seymour, CT 06483

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor**

Last 4 digits of account number  **104**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Amerigas**
Attn: President
P.O.Box 371473
Pittsburgh, PA 15250

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,293.84 |
|---|---|---|---|

**Amica Mutual Insurance Co.**
Attn: President
ICS Claims
930 Sunrise Highway
West Babylon, NY 11704

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0170**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $79,815.07 |
|---|---|---|---|

**ARIS Horticulture Inc.**
Attn: President
P.O. Box 1236
Butler, PA 16003

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor**

Last 4 digits of account number  **4488**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $216,767.04 |
|---|---|---|---|

**Ball Horticultural Company**
Attn: President
75 Remittance Dr, Suite 1114
Chicago, IL 60675

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor**

Last 4 digits of account number  **6958**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Berneckers Nursery**
Attn: President
P.O. Box 122647
Dept. 2647
Dallas, TX 75312

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Ace Begonias Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1.00**

**Bethany Farm & Nursery LLC**
**671 Aspen Lane**
**Orange, CT 06477**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  vendor

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1.00**

**Bethany Fuel LLC Inc.**
**Attn: President**
**861 LItchfield Avenue**
**Bethany, CT 06524**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  vendor

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1.00**

**Blue Vine Capital**
**Attn: President**
**401 Warren Street**
**Redwood City, CA 94063**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  vendor

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1.00**

**Boyd Nurseries**
**Attn: President**
**1534 B Road**
**Loxahatchee, FL 33470**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  vendor

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$700.00**

**Business GPS**
**Attn: Christy Brown**
**183 Keith Street**
**Warrenton, VA 20186**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  vendor

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1.00**

**Capital Caladiums**
**Attn: President**
**81 Bates Road**
**Lake Placid, FL 33852**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  vendor

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,680.60**

**Capital One Bank**
**Attn: President**
**PO Box 71083**
**Charlotte, NC 28272**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  2658

Basis for the claim:  credit card

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Ace Begonias Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,968.00 |
|---|---|---|---|

**Cardmember Service**
Attn: President
P.O. Box 790408
Saint Louis, MO 63179

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:   credit card**

Last 4 digits of account number  **8243**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,775.25 |
|---|---|---|---|

**Cardmember Service**
Attn: President
P.O. Box 790408
Saint Louis, MO 63179

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:   credit card**

Last 4 digits of account number  **3203**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,490.05 |
|---|---|---|---|

**Cardmember Service**
Attn: President
P.O. Box 790408
Saint Louis, MO 63179

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:   credit card**

Last 4 digits of account number  **0887**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,399.36 |
|---|---|---|---|

**Cash Flow Managemnet Inc.**
Attn: President
P.O. Box 42407
5530 S.E. Center Street
Portland, OR 97242

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:   collection agency for Panzer Nursery**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $138,379.28 |
|---|---|---|---|

**Citizen's Bank**
Attn: President
P.O. Box 42002
Providence, RI 02940

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:   bank fees**

Last 4 digits of account number  **0383**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Colonial Florists**
Attn: President
58 Broadway Avenue
St. Catherines Ontario ONTL2m4
Canada

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:   vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,341.63 |
|---|---|---|---|

**Comcast**
Attn: President
P.O. Box 70219
Philadelphia, PA 19176

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:   utility**

Last 4 digits of account number  **0909**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Ace Begonias Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23.40 |
|---|---|---|---|

**Connecticut Communications**
Attn: President
48 Ozick Drive
Durham, CT 06422

Date(s) debt was incurred _

Last 4 digits of account number  **O239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Corporation Service Co.**
Attn President
P. O. Box 2576
Springfield, IL 62708

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**CT Corporation System**
Attn President
330 N. Brand Blvd. #700
Glendale, CA 91203

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Daddio's Used Auto Parts**
Attn: Manager
728 Derby Ave #A
Seymour, CT 06483

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Direct Energy**
Attn: President
P.O. Box 70220
Philadelphia, PA 19176

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**DLI Assets Bravo LLC**
Attn: President
550 North Brand Blvd.
Suite 2000
Glendale, CA 91203

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Ellen Kolarik**
1759 Mariposa Circle
Davis, CA 95618

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Ace Begonias Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.32** | **Nonpriority creditor's name and mailing address**
**Eversource**
**Attn: President**
**P.O. Box 56002**
**Boston, MA 02205**

Date(s) debt was incurred _

Last 4 digits of account number  **3030**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **utility**

Is the claim subject to offset? ■ No ☐ Yes

**$3,941.94**

---

**3.33** | **Nonpriority creditor's name and mailing address**
**Eversource**
**Attn: President**
**P.O. Box 56002**
**Boston, MA 02205**

Date(s) debt was incurred _

Last 4 digits of account number  **3068**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **utility**

Is the claim subject to offset? ■ No ☐ Yes

**$9,626.33**

---

**3.34** | **Nonpriority creditor's name and mailing address**
**Eversource**
**Attn: Bankruptcy or Legal Dept**
**107 Selden Street**
**Berlin, CT 06037**

Date(s) debt was incurred _

Last 4 digits of account number  **7098**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **utility**

Is the claim subject to offset? ■ No ☐ Yes

**$12,860.29**

---

**3.35** | **Nonpriority creditor's name and mailing address**
**Evo Merchant Services LLC**
**Attn: President**
**Zenith Merchant Services**
**3801 Arapaho Road**
**Addison, TX 75001**

Date(s) debt was incurred _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$184,679.56**

---

**3.36** | **Nonpriority creditor's name and mailing address**
**Exotic Botanicals**
**Attn: President**
**14450 SW 216th Street**
**Miami, FL 33170**

Date(s) debt was incurred _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$1.00**

---

**3.37** | **Nonpriority creditor's name and mailing address**
**Family Petrolium**
**Attn: President**
**54 New Haven Road**
**Seymour, CT 06483**

Date(s) debt was incurred _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$1.00**

---

**3.38** | **Nonpriority creditor's name and mailing address**
**Family Sunoco**
**Attn: Manager**
**54 New Haven Rd**
**Seymour, CT 06483**

Date(s) debt was incurred _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$1.00**

---

Debtor  __Ace Begonias Inc._____     Case number (if known) _____
         Name

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,051.41 |
|---|---|---|---|

Federal Oil
Attn: President
220 Wallace Street
New Haven, CT 06511

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  __vendor__

Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

Gempler
Attn: President
P.O. Box 5176
Janesville, WI 53547

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  __vendor__

Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,556.95 |
|---|---|---|---|

Geremia Greenhouse
Attn: President
415 Barnes Road
Wallingford, CT 06492

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __vendor__

Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,804.81 |
|---|---|---|---|

Green Island Distributors, Inc
Attn: President
730 West Main Street
Riverhead, NY 11901

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __vendor__

Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

Gregory Floral Inc.
Attn: President
1464 Gregory Road
St. Catherines Ontario L2R 6P9
Canada

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  __vendor__

Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110,000.00 |
|---|---|---|---|

Griffin Greenhouse Supplies
Attn: President
1619 Main Street
Tewksbury, MA 01876

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  __vendor__

Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $227.58 |
|---|---|---|---|

Hampshire Paper
Attn: President
P.O. Box 783775
Philadelphia, PA 19178

Date(s) debt was incurred _
Last 4 digits of account number  __0501__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __vendor__

Is the claim subject to offset?  ☒ No  ☐ Yes

| Debtor | Ace Begonias Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**3.46**

Nonpriority creditor's name and mailing address

Hazelton Shaft
Attn: President
414 Shaft Road
Hazleton, PA 18201

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __vendor__

Is the claim subject to offset? ☑ No ☐ Yes

$1.00

---

**3.47**

Nonpriority creditor's name and mailing address

Hocon Gas
Attn: President
20 Railroad Hill Street
Waterbury, CT 06708

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __vendor__

Is the claim subject to offset? ☑ No ☐ Yes

$1.00

---

**3.48**

Nonpriority creditor's name and mailing address

HOCON Industrial Gas
Attn: President
86 Payne Road
Danbury, CT 06810

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __vendor__

Is the claim subject to offset? ☑ No ☐ Yes

$1.00

---

**3.49**

Nonpriority creditor's name and mailing address

IGI Marketing Inc.
Attn: President
P.O. Box 1085
Sorrento, FL 32776

Date(s) debt was incurred _

Last 4 digits of account number  8208

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __vendor__

Is the claim subject to offset? ☑ No ☐ Yes

$984.00

---

**3.50**

Nonpriority creditor's name and mailing address

Innorvative Systems Inc.
Attn: President
22 Middlefield Road
Oxford, CT 06478

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __vendor__

Is the claim subject to offset? ☑ No ☐ Yes

$1.00

---

**3.51**

Nonpriority creditor's name and mailing address

Joneser Express
Attn: President
P.O. Box 872
Windsor Locks, CT 06096

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __vendor__

Is the claim subject to offset? ☑ No ☐ Yes

$1.00

---

**3.52**

Nonpriority creditor's name and mailing address

Juniper Biz Card
Attn: President
P.O. Box 23066
Columbus, GA 31902

Date(s) debt was incurred _

Last 4 digits of account number  4989

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __vendor__

Is the claim subject to offset? ☑ No ☐ Yes

$9,676.20

Debtor  **Ace Begonias Inc.**                                                    Case number (if known) _____
_____
        Name

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,713.25 |
|---|---|---|---|

**K & M Nursery**
**Attn: President**
**8289 W. Boynton Beach Blvd**
**Boynton Beach, FL 33472**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:  vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Kabbage Inc.**
**Attn: President**
**P.O. Box 77081**
**Atlanta, GA 30357**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,469.08 |
|---|---|---|---|

**KOBA**
**Attn: President**
**60 Baekeland Avenue**
**Middlesex, NJ 08846**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $90.85 |
|---|---|---|---|

**Livingston International**
**Attn: President**
**6700 Cote De Liesse**
**Bureau 300**
**St. Laurent PQ H4T2B5**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Loan Star Repair Service**
**Attn: Manager**
**780 Pacific St**
**Stamford, CT 06902**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:  vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $585.00 |
|---|---|---|---|

**Lucas Greenhouses**
**Attn: Manager**
**1049 Whig Lane**
**Monroeville, NJ 08343**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  vendor**

Last 4 digits of account number  **1129**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,537.50 |
|---|---|---|---|

**McHutchison**
**Attn: President**
**P.O. Box 92170**
**Elk Grove Village, IL 60009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor     **Ace Begonias Inc.**                                                    Case number *(if known)* _____

      Name

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,928.16 |
|---|---|---|---|

**Messick Company**
Attn: President
**142 North Central Avenue**
**Campbell, CA 95008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $15,177.19 |
|---|---|---|---|

**Monrovia Nursery Company**
Attn: President
**41 Floydville Rd**
**Granby, CT 06035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **vendor**

Last 4 digits of account number  **1988**

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $151.38 |
|---|---|---|---|

**MTA Bridges and Tunnels**
Attn: Clerk
**PO Box 149001**
**Staten Island, NY 10314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **tolls**

Last 4 digits of account number  **7034**

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Mulvehill**
Attn: President
**9821 Happy Hollow Road**
**Delray Beach, FL 33446**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Outfront Media**
Attn: President
**185 US 46**
**Fairfield, NJ 07004**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Panzaer Nursery**
Attn: President
**17980 W. Baseline Road**
**Beaverton, OR 97006**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $10,272.09 |
|---|---|---|---|

**Payment Processing Center**
Attn: President
**P.O. Box 22019**
**Albany, NY 12201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **vendor**

Last 4 digits of account number  **1904**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor __Ace Begonias Inc._____      Case number (if known) _____
           Name

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,627.53 |

**Phoenix Propane**
Attn: President
P.O. Box 540
Oxford, CT 06478

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __vendor__

Last 4 digits of account number __4777__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**Plants in Design Inc.**
Attn: President
20905 SW 162nd Avenue
Miami, FL 33187

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**Pride Garden**
Attn: President
500 W. Sellers Avenue
Ridley Park, PA 19078

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**Razbutton Inc.**
Attn: President
P.O. Box 783006
Winter Garden, FL 34778

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,499.87 |

**Reading Anthracite Company**
Attn: President
DAL Inc.
P.O. Box 162
Clifton Heights, PA 19018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __vendor__

Last 4 digits of account number __5328__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**Richard D. Smith & Co. Inc.**
Attn: President
P.O. Box 734
Middletown, NJ 07748

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52,666.76 |

**ROC Funding Group**
Attn: President
260 Christopher Ln
Staten Island, NY 10314

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Ace Begonias Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

Ryder Transportation
Attn: President
P.O. Box 96723
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $360,000.00 |
|---|---|---|---|

Sachem Capital Corp
Attn: President
23 Laurel Street
Branford, CT 06405

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,567.70 |
|---|---|---|---|

Salmon Foliage
Attn: President
P.O. Box 519
Sorrento, FL 32776

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

Star Insurance Co.
Attn: President
P.O. Box 31130
Tampa, FL 33631

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

Stewarts Greenhouse Inc.
Attn: President
P.O. Box 1848
Mount Dora, FL 32756

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,258.33 |
|---|---|---|---|

TD Bank
Attn: President
P.O. Box 16027
Lewiston, ME 04243

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __bank fees__

Last 4 digits of account number  __4433__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $48.00 |
|---|---|---|---|

Tire Shak Inc.
Attn: President
12 Great Hill Road
Ansonia, CT 06401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Ace Begonias Inc.** | | Case number *(if known)* | |
| | Name | | | |

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
| | **Troy Industrial Solutions** | ☐ Contingent | |
| | **Attn: President** | ☐ Unliquidated | |
| | **30 Maple Street** | ■ Disputed | |
| | **Ansonia, CT 06401** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
| | **Valley Discount Oil** | ☐ Contingent | |
| | **Attn: President** | ☐ Unliquidated | |
| | **76 Bank Street** | ■ Disputed | |
| | **Seymour, CT 06483** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
| | **Valley Heating Oil LLC** | ☐ Contingent | |
| | **Attn: President** | ☐ Unliquidated | |
| | **76 Bank Street** | ■ Disputed | |
| | **Portland, CT 06480** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,176.48** |
| | **W.W. Grainger** | ☐ Contingent | |
| | **Attn: President** | ☐ Unliquidated | |
| | **14441 Il Route 60** | ☐ Disputed | |
| | **Lake Forest, IL 60045** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
| | **Waterfields Farm** | ☐ Contingent | |
| | **Attn: President** | ☐ Unliquidated | |
| | **93 Peck Road** | ■ Disputed | |
| | **Bethany, CT 06524** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$63,492.04** |
| | **Webster Bank** | ☐ Contingent | |
| | **Attn: President** | ☐ Unliquidated | |
| | **696 Amity Road** | ☐ Disputed | |
| | **Bethany, CT 06524** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __loan__ | |
| | Last 4 digits of account number __1029__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$83,177.81** |
| | **Webster Bank** | ☐ Contingent | |
| | **Attn: President** | ☐ Unliquidated | |
| | **696 Amity Rd** | ☐ Disputed | |
| | **Bethany, CT 06524** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __loan__ | |
| | Last 4 digits of account number __1946__ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | Ace Begonias Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**3.88** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,563.63**

Webster Bank
Attn: President
696 Amity Road
Bethany, CT 06524

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __loan__

Last 4 digits of account number __0305__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.89** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,176.48**

Wholesale Collectors
Attn: President
P.O. Box 5213
Janesville, WI 53547

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __vendor__

Last 4 digits of account number __4373__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.90** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,400.00**

Wojtowicz LLC
Attn: President
100 Bank Street
Seymour, CT 06483

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __accountants__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.91** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$24,339.30**

World Business Lenders
Attn: Donald Jackson
101 Hudson Street
33rd Floor
Jersey City, NJ 07302

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __loan__

Last 4 digits of account number __9646__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$183,814.97**

World Pay US, Inc.
Attn: President
201 17th Street NW
Suite 1000
Atlanta, GA 30363

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __vendor__

Last 4 digits of account number __9836__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,876.80**

Zentek Farms LLC
Attn: President
325 Higgins Road
Cheshire, CT 06410

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:   List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Debtor | **Ace Begonias Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Advantage Capital Funding**<br>**Attn: Jason S. Peckham**<br>**1750 14th Street**<br>**Suite 201**<br>**Boulder, CO 80302** | Line **3.2**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **American Bureau of Collections**<br>**Attn: President**<br>**500 Seneca Street**<br>**Suite 400**<br>**Buffalo, NY 14204** | Line **3.84**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Amica Mutual Insurance Co.**<br>**Attn: Juliana Indeglia**<br>**P.O. Box 9690**<br>**Providence, RI 02940** | Line **3.7**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Amy M. Madore**<br>**Gesmonde Pietrosimone**<br>**& Sgrignari LLC**<br>**3127 Whitney Avenue**<br>**Hamden, CT 06518** | Line **3.84**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Atwell Curtis & Brooks Ltd.**<br>**Attn: President**<br>**204 Stonehinge Lane**<br>**P.O. Box 363**<br>**Carle Place, NY 11514** | Line **3.45**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Audit Systems Incorporated**<br>**Attn: President**<br>**3969 Ulmerton Road**<br>**Suite 200**<br>**Clearwater, FL 33762** | Line **3.88**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Axos Bank**<br>**Attn: President**<br>**9205 West Russell Road**<br>**Suite 400**<br>**Las Vegas, NV 89148** | Line **3.91**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Ball Horticultural Company**<br>**Attn: President**<br>**622 Town Road**<br>**West Chicago, IL 60185** | Line **3.9**<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Barr Credit Services, Inc**<br>**Attn: President**<br>**5151 E. Broadway Blvd**<br>**Suite 800**<br>**Tucson, AZ 85711** | Line **3.53**<br>☐ Not listed. Explain ____ | _ |
| 4.10 | **BlueVine Capital Inc.**<br>**Attn: President**<br>**30 Montgomery St #1400**<br>**Jersey City, NJ 07302-1000** | Line **3.13**<br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Brian S. Cantor**<br>**Attorney At Law**<br>**1220 Post Road**<br>**Fairfield, CT 06824** | Line **3.60**<br>☐ Not listed. Explain ____ | _ |

| Debtor | **Ace Begonias Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.12 | **Business Card Services**<br>**Attn: President**<br>**P.O. Box 84030**<br>**Columbus, GA 31908** | Line **3.52**<br>☐ Not listed. Explain ____ | _ |
| 4.13 | **Business Card Services**<br>**Atn: 1415 Warm Spring Road**<br>**Columbus, GA 31904** | Line **3.52**<br>☐ Not listed. Explain ____ | _ |
| 4.14 | **C. Wellington Scott**<br>**Harvey Scott & St. Charles Ltd**<br>**Meadowland Corporate Center**<br>**1099 Wall Street West**<br>**Lyndhurst, NJ 07071** | Line **3.1**<br>☐ Not listed. Explain ____ | _ |
| 4.15 | **Capital One Services, LLC**<br>**Attn: President**<br>**P. O. Box 30285**<br>**Salt Lake City, UT 84130** | Line **3.17**<br>☐ Not listed. Explain ____ | _ |
| 4.16 | **Cardmember Service**<br>**Attn: President**<br>**P.O. Box 108**<br>**Saint Louis, MO 63166** | Line **3.19**<br>☐ Not listed. Explain ____ | _ |
| 4.17 | **Donald H. Tamis**<br>**246 Bank Street**<br>**P.O. Box 351**<br>**Seymour, CT 06483** | Line **3.67**<br>☐ Not listed. Explain ____ | _ |
| 4.18 | **Douglas Robinson**<br>**122 East 42nd Street**<br>**Suite 2112**<br>**New York, NY 10168** | Line **3.73**<br>☐ Not listed. Explain ____ | _ |
| 4.19 | **Eversource**<br>**Attn: Bankruptcy or Legal Dept**<br>**107 Selden Street**<br>**Berlin, CT 06037** | Line **3.32**<br>☐ Not listed. Explain ____ | _ |
| 4.20 | **Eversource**<br>**Attn: President**<br>**P.O. Box 56002**<br>**Boston, MA 02205** | Line **3.34**<br>☐ Not listed. Explain ____ | _ |
| 4.21 | **Farm Family Insurance Company**<br>**Att: President**<br>**PO Box 656**<br>**Albany, NY 12201** | Line **3.66**<br>☐ Not listed. Explain ____ | _ |
| 4.22 | **Gary J. Greene**<br>**Greene Law PC**<br>**11 Talcott Notch Road**<br>**Farmington, CT 06032** | Line **3.44**<br>☐ Not listed. Explain ____ | _ |
| 4.23 | **Global Capital Partners Fun**<br>**Attn: President**<br>**274 Madison Avenue**<br>**Suite 901**<br>**New York, NY 10016** | Line **3.22**<br>☐ Not listed. Explain ____ | _ |

| Debtor | **Ace Begonias Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.24 **Harris & Harris Ltd.**<br>**Attn: President**<br>**111 West Jackson Blvd.**<br>**Suite 400**<br>**Woodbridge, CT 06525** | Line __3.33__<br><br>☐  Not listed. Explain ____ | _ |
| 4.25 **ICS Claims**<br>**Attn: President**<br>**930 Sunrise Highway**<br>**West Babylon, NY 11704** | Line __3.7__<br><br>☐  Not listed. Explain ____ | _ |
| 4.26 **Jeffrey M. Quinn, Atty at Law**<br>**1017 Edmonds Avenue**<br>**PO Box 596**<br>**Drexel Hill, PA 19026** | Line __3.71__<br><br>☐  Not listed. Explain ____ | _ |
| 4.27 **Juniper Biz Card**<br>**Attn: President**<br>**P.O. Box 84030**<br>**Columbus, GA 31908** | Line __3.52__<br><br>☐  Not listed. Explain ____ | _ |
| 4.28 **Kabbage Inc.**<br>**Attn: President**<br>**730 W Peachtree St NW #1100**<br>**Atlanta, GA 30308** | Line __3.54__<br><br>☐  Not listed. Explain ____ | _ |
| 4.29 **Kenneth Rozich**<br>**Jacobs & Rozich LLC**<br>**P.O. Box 1952**<br>**New Haven, CT 06509** | Line __3.39__<br><br>☐  Not listed. Explain ____ | _ |
| 4.30 **Linegargar Gogan Blair &**<br>**Sampson LLP**<br>**Attn: Managing Partner**<br>**P.O. Box 708905**<br>**San Antonio, TX 78270** | Line __3.62__<br><br>☐  Not listed. Explain ____ | _ |
| 4.31 **LJ Ross Associates Inc.**<br>**Attn: President**<br>**P.O.Box 827**<br>**Jackson, MI 49204** | Line __3.32__<br><br>☐  Not listed. Explain ____ | _ |
| 4.32 **Nicole A. Veno**<br>**Law Office of Nicole A. Veno**<br>**21 Waterville Road**<br>**Avon, CT 06001** | Line __3.73__<br><br>☐  Not listed. Explain ____ | _ |
| 4.33 **Parks & Pearson LLC**<br>**Attn: President**<br>**765 East Main Street**<br>**Branford, CT 06405** | Line __3.75__<br><br>☐  Not listed. Explain ____ | _ |
| 4.34 **Philip H. Monagan, Esq.**<br>**61 Holmes Avenue**<br>**P. O. Box 2390**<br>**Waterbury, CT 06722** | Line __3.67__<br><br>☐  Not listed. Explain ____ | _ |
| 4.35 **Rodolfo Gaba Jr.**<br>**Gaba Guerrini Law**<br>**8583 Irvine Center Drive**<br>**Suite 500**<br>**Irvine, CA 92618** | Line __3.61__<br><br>☐  Not listed. Explain ____ | _ |

| Debtor | **Ace Begonias Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.36 | **Sachem Capital Corp**<br>**Attn: John Villano**<br>**360 Lexington Avenue**<br>**New York, NY 10170** | Line **3.75**<br>☐ Not listed. Explain ____ | _ |
| 4.37 | **Sachem Capital Corp.**<br>**Attn: Peter Giannotti**<br>**698 Main St**<br>**Branford, CT 06405** | Line **3.75**<br>☐ Not listed. Explain ____ | _ |
| 4.38 | **Samuel Ollunga**<br>**750 3rd Avenue**<br>**9th Floor**<br>**New York, NY 10017** | Line **3.2**<br>☐ Not listed. Explain ____ | _ |
| 4.39 | **Steven A. Sugarmann**<br>**Sugarmann & Sugarmann**<br>**One Bradley Road**<br>**P.O. Box 3996**<br>**Woodbridge, CT 06525** | Line **3.71**<br>☐ Not listed. Explain ____ | _ |
| 4.40 | **Synergetic Communication, Inc**<br>**Attn: Ken Walsh**<br>**5450 N.W. Central #220**<br>**Houston, TX 77092** | Line **3.79**<br>☐ Not listed. Explain ____ | _ |
| 4.41 | **Thomas Dufour**<br>**1129 Essex Place**<br>**Stratford, CT 06615** | Line **3.11**<br>☐ Not listed. Explain ____ | _ |
| 4.42 | **Timothy J. Murtha**<br>**Roach & Murtha**<br>**Attorneys at Law PC**<br>**6901 Jericho Turnpike Ste 101**<br>**Syosset, NY 11791** | Line **3.1**<br>☐ Not listed. Explain ____ | _ |
| 4.43 | **Transworld Systems Inc**<br>**Attn: President**<br>**500 Virginia Drive, Suite 514**<br>**Fort Washington, PA 19034** | Line **3.22**<br>☐ Not listed. Explain ____ | _ |
| 4.44 | **Transworld Systems Inc.**<br>**Attn: President**<br>**P.O. Box 15110**<br>**Wilmington, DE 19850** | Line **3.62**<br>☐ Not listed. Explain ____ | _ |
| 4.45 | **W.W. Grainger**<br>**Attn: President**<br>**14441 Il Route 60**<br>**Lake Forest, IL 60045** | Line **3.89**<br>☐ Not listed. Explain ____ | _ |

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 50,787.21 |
| **5b. Total claims from Part 2** | 5b. | + $ | 1,908,998.30 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,959,785.51 |

8/30/19  3:08PM

Debtor    **Ace Begonias Inc.**                                          Case number (*if known*)
          Name

| Fill in this information to identify the case: |
|---|

Debtor name    **Ace Begonias Inc.**

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.   **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract    _____ | _____ |
| 2.2    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract    _____ | _____ |
| 2.3    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract    _____ | _____ |
| 2.4    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract    _____ | _____ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**Ace Begonias Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF CONNECTICUT__

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Ace Begonia's** | **231 Seymour Road**<br>**Woodbridge, CT 06525** | **Amica Mutual Insurance Co.** | ☐ D _____<br>■ E/F ___3.7___<br>☐ G _____ |
| 2.2 | **Paul Rieur** | **66 Bear Hill Road**<br>**Bethany, CT 06524** | **A.D.R. Bulbs Inc.** | ☐ D _____<br>■ E/F ___3.1___<br>☐ G _____ |
| 2.3 | **Paul Rieur** | **66 Bear Hill Road**<br>**Bethany, CT 06524** | **Advantage Capital Funding** | ☐ D _____<br>■ E/F ___3.2___<br>☐ G _____ |
| 2.4 | **Paul Rieur** | **66 Bear Hill Road**<br>**Bethany, CT 06524** | **Advantage Capital Funding** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Paul Rieur** | **66 Bear Hill Road**<br>**Bethany, CT 06524** | **Agco Finance, LLC** | ☐ D _____<br>■ E/F ___3.3___<br>☐ G _____ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor   **Ace Begonias Inc.**                                                    Case number *(if known)*

---

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| 2.6 | Paul Rieur | 66 Bear Hill Road<br>Bethany, CT 06524 | Agco Finance, LLC | ■ D  __2.2__<br>☐ E/F  ____<br>☐ G  ____ |
|---|---|---|---|---|
| 2.7 | Paul Rieur | 66 Bear Hill Road<br>Bethany, CT 06524 | All American Waste | ☐ D  ____<br>■ E/F  __3.4__<br>☐ G  ____ |
| 2.8 | Paul Rieur | 66 Bear Hill Road<br>Bethany, CT 06524 | Allen's Plumbing Supply | ☐ D  ____<br>■ E/F  __3.5__<br>☐ G  ____ |
| 2.9 | Paul Rieur | 66 Bear Hill Road<br>Bethany, CT 06524 | ARIS Horticulture Inc. | ☐ D  ____<br>■ E/F  __3.8__<br>☐ G  ____ |
| 2.10 | Paul Rieur | 66 Bear Hill Road<br>Bethany, CT 06524 | Axos Bank | ■ D  __2.3__<br>☐ E/F  ____<br>☐ G  ____ |
| 2.11 | Paul Rieur | 66 Bear Hill Road<br>Bethany, CT 06524 | Ball Horticultural Company | ☐ D  ____<br>■ E/F  __3.9__<br>☐ G  ____ |
| 2.12 | Paul Rieur | 66 Bear Hill Road<br>Bethany, CT 06524 | Capital One Bank | ☐ D  ____<br>■ E/F  __3.17__<br>☐ G  ____ |
| 2.13 | Paul Rieur | 66 Bear Hill Road<br>Bethany, CT 06524 | Cardmember Service | ☐ D  ____<br>■ E/F  __3.18__<br>☐ G  ____ |

Debtor    **Ace Begonias Inc.**                                    Case number *(if known)*

▮    **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14    **Paul Rieur** | **66 Bear Hill Road**<br>**Bethany, CT 06524** | **Cardmember Service** | ☐ D _____<br>■ E/F __3.19__<br>☐ G _____ |
| 2.15    **Paul Rieur** | **66 Bear Hill Road**<br>**Bethany, CT 06524** | **Cardmember Service** | ☐ D _____<br>■ E/F __3.20__<br>☐ G _____ |
| 2.16    **Paul Rieur** | **66 Bear Hill Road**<br>**Bethany, CT 06524** | **Citizen's Bank** | ☐ D _____<br>■ E/F __3.22__<br>☐ G _____ |
| 2.17    **Paul Rieur** | **66 Bear Hill Road**<br>**Bethany, CT 06524** | **Comcast** | ☐ D _____<br>■ E/F __3.24__<br>☐ G _____ |
| 2.18    **Paul Rieur** | **66 Bear Hill Road**<br>**Bethany, CT 06524** | **Connecticut Communications** | ☐ D _____<br>■ E/F __3.25__<br>☐ G _____ |
| 2.19    **Paul Rieur** | **66 Bear Hill Road**<br>**Bethany, CT 06524** | **Corporate Service Company** | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.20    **Paul Rieur** | **66 Bear Hill Road**<br>**Bethany, CT 06524** | **Corporation Service Co.** | ☐ D _____<br>■ E/F __3.26__<br>☐ G _____ |
| 2.21    **Paul Rieur** | **66 Bear Hill Road**<br>**Bethany, CT 06524** | **CT Corporation System** | ☐ D _____<br>■ E/F __3.27__<br>☐ G _____ |

| Debtor | **Ace Begonias Inc.** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|---|
| 2.22 | **Paul Rieur**<br>66 Bear Hill Road<br>Bethany, CT 06524 | **CT Corporation System** | ■ D __2.5__<br>☐ E/F ____<br>☐ G ____ |
| 2.23 | **Paul Rieur**<br>66 Bear Hill Road<br>Bethany, CT 06524 | **Daddio's Used Auto Parts** | ☐ D ____<br>■ E/F __3.28__<br>☐ G ____ |
| 2.24 | **Paul Rieur**<br>66 Bear Hill Road<br>Bethany, CT 06524 | **DLI Assets Bravo LLC** | ☐ D ____<br>■ E/F __3.30__<br>☐ G ____ |
| 2.25 | **Paul Rieur**<br>66 Bear Hill Road<br>Bethany, CT 06524 | **DLI Assets Bravo LLC** | ■ D __2.6__<br>☐ E/F ____<br>☐ G ____ |
| 2.26 | **Paul Rieur**<br>66 Bear Hill Road<br>Bethany, CT 06524 | **Eversource** | ☐ D ____<br>■ E/F __3.32__<br>☐ G ____ |
| 2.27 | **Paul Rieur**<br>66 Bear Hill Road<br>Bethany, CT 06524 | **Eversource** | ☐ D ____<br>■ E/F __3.33__<br>☐ G ____ |
| 2.28 | **Paul Rieur**<br>66 Bear Hill Road<br>Bethany, CT 06524 | **Family Sunoco** | ☐ D ____<br>■ E/F __3.38__<br>☐ G ____ |
| 2.29 | **Paul Rieur**<br>66 Bear Hill Road<br>Bethany, CT 06524 | **Federal Oil** | ☐ D ____<br>■ E/F __3.39__<br>☐ G ____ |

| Debtor | **Ace Begonias Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|

███ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| 2.30 | **Paul Rieur** | 66 Bear Hill Road<br>Bethany, CT 06524 | **Geremia Greenhouse** | ☐ D _____<br>■ E/F ___3.41___<br>☐ G _____ |
|---|---|---|---|---|
| 2.31 | **Paul Rieur** | 66 Bear Hill Road<br>Bethany, CT 06524 | **Griffin Greenhouse Supplies** | ☐ D _____<br>■ E/F ___3.44___<br>☐ G _____ |
| 2.32 | **Paul Rieur** | 66 Bear Hill Road<br>Bethany, CT 06524 | **Griffin Greenhouse Supplies** | ■ D ___2.7___<br>☐ E/F _____<br>☐ G _____ |
| 2.33 | **Paul Rieur** | 66 Bear Hill Road<br>Bethany, CT 06524 | **Hampshire Paper** | ☐ D _____<br>■ E/F ___3.45___<br>☐ G _____ |
| 2.34 | **Paul Rieur** | 66 Bear Hill Road<br>Bethany, CT 06524 | **IGI Marketing Inc.** | ☐ D _____<br>■ E/F ___3.49___<br>☐ G _____ |
| 2.35 | **Paul Rieur** | 66 Bear Hill Road<br>Bethany, CT 06524 | **Internal Revenue Service** | ☐ D _____<br>■ E/F ___2.7___<br>☐ G _____ |
| 2.36 | **Paul Rieur** | 66 Bear Hill Road<br>Bethany, CT 06524 | **Juniper Biz Card** | ☐ D _____<br>■ E/F ___3.52___<br>☐ G _____ |
| 2.37 | **Paul Rieur** | 66 Bear Hill Road<br>Bethany, CT 06524 | **Kabbage Inc.** | ☐ D _____<br>■ E/F ___3.54___<br>☐ G _____ |

| Debtor | **Ace Begonias Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.38 | **Paul Rieur** | 66 Bear Hill Road<br>Bethany, CT 06524 | **KOBA** | ☐ D _____<br>☑ E/F __3.55__<br>☐ G _____ |
| 2.39 | **Paul Rieur** | 66 Bear Hill Road<br>Bethany, CT 06524 | **Livingston International** | ☐ D _____<br>☑ E/F __3.56__<br>☐ G _____ |
| 2.40 | **Paul Rieur** | 66 Bear Hill Road<br>Bethany, CT 06524 | **Loan Star Repair Service** | ☐ D _____<br>☑ E/F __3.57__<br>☐ G _____ |
| 2.41 | **Paul Rieur** | 66 Bear Hill Road<br>Bethany, CT 06524 | **Lucas Greenhouses** | ☐ D _____<br>☑ E/F __3.58__<br>☐ G _____ |
| 2.42 | **Paul Rieur** | 66 Bear Hill Road<br>Bethany, CT 06524 | **McHutchison** | ☐ D _____<br>☑ E/F __3.59__<br>☐ G _____ |
| 2.43 | **Paul Rieur** | 66 Bear Hill Road<br>Bethany, CT 06524 | **Messick Company** | ☐ D _____<br>☑ E/F __3.60__<br>☐ G _____ |
| 2.44 | **Paul Rieur** | 66 Bear Hill Road<br>Bethany, CT 06524 | **Monrovia Nursery Company** | ☐ D _____<br>☑ E/F __3.61__<br>☐ G _____ |
| 2.45 | **Paul Rieur** | 66 Bear Hill Road<br>Bethany, CT 06524 | **Payment Processing Center** | ☐ D _____<br>☑ E/F __3.66__<br>☐ G _____ |

| Debtor | **Ace Begonias Inc.** | Case number *(if known)* | |

| | **Additional Page to List More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.46 | **Paul Rieur** 66 Bear Hill Road Bethany, CT 06524 | **Phoenix Propane** | ☐ D _____ ■ E/F __3.67__ ☐ G _____ |
| 2.47 | **Paul Rieur** 66 Bear Hill Road Bethany, CT 06524 | **Reading Anthracite Company** | ☐ D _____ ■ E/F __3.71__ ☐ G _____ |
| 2.48 | **Paul Rieur** 66 Bear Hill Road Bethany, CT 06524 | **ROC Funding Group** | ☐ D _____ ■ E/F __3.73__ ☐ G _____ |
| 2.49 | **Paul Rieur** 66 Bear Hill Road Bethany, CT 06524 | **ROC Funding Group** | ■ D __2.8__ ☐ E/F _____ ☐ G _____ |
| 2.50 | **Paul Rieur** 66 Bear Hill Road Bethany, CT 06524 | **Salmon Foliage** | ☐ D _____ ■ E/F __3.76__ ☐ G _____ |
| 2.51 | **Paul Rieur** 66 Bear Hill Road Bethany, CT 06524 | **State of Connecticut** | ☐ D _____ ■ E/F __2.12__ ☐ G _____ |
| 2.52 | **Paul Rieur** 66 Bear Hill Road Bethany, CT 06524 | **State of Connecticut** | ■ D __2.9__ ☐ E/F _____ ☐ G _____ |
| 2.53 | **Paul Rieur** 66 Bear Hill Road Bethany, CT 06524 | **TD Bank** | ☐ D _____ ■ E/F __3.79__ ☐ G _____ |

| Debtor | **Ace Begonias Inc.** | Case number *(if known)* |
|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.54 | **Paul Rieur** | 66 Bear Hill Road | Bethany, CT 06524 | **Tire Shak Inc.** | ☐ D _____<br>■ E/F **3.80**<br>☐ G _____ |
| 2.55 | **Paul Rieur** | 66 Bear Hill Road | Bethany, CT 06524 | **Town of Woodbridge** | ☐ D _____<br>■ E/F **2.14**<br>☐ G _____ |
| 2.56 | **Paul Rieur** | 66 Bear Hill Road | Bethany, CT 06524 | **Valley Discount Oil** | ☐ D _____<br>■ E/F **3.82**<br>☐ G _____ |
| 2.57 | **Paul Rieur** | 66 Bear Hill Road | Bethany, CT 06524 | **Webster Bank** | ☐ D _____<br>■ E/F **3.86**<br>☐ G _____ |
| 2.58 | **Paul Rieur** | 66 Bear Hill Road | Bethany, CT 06524 | **Webster Bank** | ☐ D _____<br>■ E/F **3.87**<br>☐ G _____ |
| 2.59 | **Paul Rieur** | 66 Bear Hill Road | Bethany, CT 06524 | **Webster Bank** | ☐ D _____<br>■ E/F **3.88**<br>☐ G _____ |
| 2.60 | **Paul Rieur** | 66 Bear Hill Road | Bethany, CT 06524 | **Webster Bank, NA** | ■ D **2.10**<br>☐ E/F _____<br>☐ G _____ |
| 2.61 | **Paul Rieur** | 66 Bear Hill Road | Bethany, CT 06524 | **Wholesale Collectors** | ☐ D _____<br>■ E/F **3.89**<br>☐ G _____ |

| Debtor | **Ace Begonias Inc.** | Case number *(if known)* | |
|---|---|---|---|

▉ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.62 | **Paul Rieur** | 66 Bear Hill Road<br>Bethany, CT 06524 | **Wojtowicz LLC** | ☐ D _____<br>■ E/F ___**3.90**___<br>☐ G _____ |
| 2.63 | **Paul Rieur** | 66 Bear Hill Road<br>Bethany, CT 06524 | **World Business Lenders** | ☐ D _____<br>■ E/F ___**3.91**___<br>☐ G _____ |
| 2.64 | **Paul Rieur** | 66 Bear Hill Road<br>Bethany, CT 06524 | **World Pay US, Inc.** | ☐ D _____<br>■ E/F ___**3.92**___<br>☐ G _____ |
| 2.65 | **Paul Rieur** | 66 Bear Hill Road<br>Bethany, CT 06524 | **Zentek Farms LLC** | ☐ D _____<br>■ E/F ___**3.93**___<br>☐ G _____ |
| 2.66 | **Paul Rieur** | 66 Bear Hill Road<br>Bethany, CT 06524 | **Amerigas** | ☐ D _____<br>■ E/F ___**3.6**___<br>☐ G _____ |
| 2.67 | **Paul Rieur** | 66 Bear Hill Road<br>Bethany, CT 06524 | **Berneckers Nursery** | ☐ D _____<br>■ E/F ___**3.10**___<br>☐ G _____ |
| 2.68 | **Paul Rieur** | 66 Bear Hill Road<br>Bethany, CT 06524 | **Bethany Farm & Nursery LLC** | ☐ D _____<br>■ E/F ___**3.11**___<br>☐ G _____ |
| 2.69 | **Paul Rieur** | 66 Bear Hill Road<br>Bethany, CT 06524 | **Bethany Fuel LLC Inc.** | ☐ D _____<br>■ E/F ___**3.12**___<br>☐ G _____ |

| Debtor | **Ace Begonias Inc.** | Case number *(if known)* | |

| | **Additional Page to List More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |

| 2.70 | **Paul Rieur** | **66 Bear Hill Road**<br>**Bethany, CT 06524** | **Boyd Nurseries** | ☐ D _____<br>■ E/F ___3.14___<br>☐ G _____ |
| 2.71 | **Paul Rieur** | **66 Bear Hill Road**<br>**Bethany, CT 06524** | **Business GPS** | ☐ D _____<br>■ E/F ___3.15___<br>☐ G _____ |
| 2.72 | **Paul Rieur** | **66 Bear Hill Road**<br>**Bethany, CT 06524** | **Capital Caladiums** | ☐ D _____<br>■ E/F ___3.16___<br>☐ G _____ |
| 2.73 | **Paul Rieur** | **66 Bear Hill Road**<br>**Bethany, CT 06524** | **Colonial Florists** | ☐ D _____<br>■ E/F ___3.23___<br>☐ G _____ |
| 2.74 | **Paul Rieur** | **66 Bear Hill Road**<br>**Bethany, CT 06524** | **Direct Energy** | ☐ D _____<br>■ E/F ___3.29___<br>☐ G _____ |
| 2.75 | **Paul Rieur** | **66 Bear Hill Road**<br>**Bethany, CT 06524** | **Eversource** | ☐ D _____<br>■ E/F ___3.34___<br>☐ G _____ |
| 2.76 | **Paul Rieur** | **66 Bear Hill Road**<br>**Bethany, CT 06524** | **Evo Merchant Services LLC** | ☐ D _____<br>■ E/F ___3.35___<br>☐ G _____ |
| 2.77 | **Paul Rieur** | **66 Bear Hill Road**<br>**Bethany, CT 06524** | **Exotic Botanicals** | ☐ D _____<br>■ E/F ___3.36___<br>☐ G _____ |

| Debtor | **Ace Begonias Inc.** | Case number *(if known)* |
|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|

| 2.78 | **Paul Rieur** | **66 Bear Hill Road**<br>**Bethany, CT 06524** | **Family Petrolium** | ☐ D _____<br>■ E/F ___**3.37**___<br>☐ G _____ |
| 2.79 | **Paul Rieur** | **66 Bear Hill Road**<br>**Bethany, CT 06524** | **Gempler** | ☐ D _____<br>■ E/F ___**3.40**___<br>☐ G _____ |
| 2.80 | **Paul Rieur** | **66 Bear Hill Road**<br>**Bethany, CT 06524** | **Green Island**<br>**Distributors, Inc** | ☐ D _____<br>■ E/F ___**3.42**___<br>☐ G _____ |
| 2.81 | **Paul Rieur** | **66 Bear Hill Road**<br>**Bethany, CT 06524** | **Gregory Floral Inc.** | ☐ D _____<br>■ E/F ___**3.43**___<br>☐ G _____ |
| 2.82 | **Paul Rieur** | **66 Bear Hill Road**<br>**Bethany, CT 06524** | **Hazelton Shaft** | ☐ D _____<br>■ E/F ___**3.46**___<br>☐ G _____ |
| 2.83 | **Paul Rieur** | **66 Bear Hill Road**<br>**Bethany, CT 06524** | **Hocon Gas** | ☐ D _____<br>■ E/F ___**3.47**___<br>☐ G _____ |
| 2.84 | **Paul Rieur** | **66 Bear Hill Road**<br>**Bethany, CT 06524** | **HOCON Industrial**<br>**Gas** | ☐ D _____<br>■ E/F ___**3.48**___<br>☐ G _____ |
| 2.85 | **Paul Rieur** | **66 Bear Hill Road**<br>**Bethany, CT 06524** | **Innorvative Systems**<br>**Inc.** | ☐ D _____<br>■ E/F ___**3.50**___<br>☐ G _____ |

| Debtor | **Ace Begonias Inc.** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.86 | **Paul Rieur** | 66 Bear Hill Road<br>Bethany, CT 06524 | **Joneser Express** | ☐ D _____<br>■ E/F __3.51__<br>☐ G _____ |
| 2.87 | **Paul Rieur** | 66 Bear Hill Road<br>Bethany, CT 06524 | **K & M Nursery** | ☐ D _____<br>■ E/F __3.53__<br>☐ G _____ |
| 2.88 | **Paul Rieur** | 66 Bear Hill Road<br>Bethany, CT 06524 | **MTA Bridges and Tunnels** | ☐ D _____<br>■ E/F __3.62__<br>☐ G _____ |
| 2.89 | **Paul Rieur** | 66 Bear Hill Road<br>Bethany, CT 06524 | **Mulvehill** | ☐ D _____<br>■ E/F __3.63__<br>☐ G _____ |
| 2.90 | **Paul Rieur** | 66 Bear Hill Road<br>Bethany, CT 06524 | **Outfront Media** | ☐ D _____<br>■ E/F __3.64__<br>☐ G _____ |
| 2.91 | **Paul Rieur** | 66 Bear Hill Road<br>Bethany, CT 06524 | **Panzaer Nursery** | ☐ D _____<br>■ E/F __3.65__<br>☐ G _____ |
| 2.92 | **Paul Rieur** | 66 Bear Hill Road<br>Bethany, CT 06524 | **Plants in Design Inc.** | ☐ D _____<br>■ E/F __3.68__<br>☐ G _____ |
| 2.93 | **Paul Rieur** | 66 Bear Hill Road<br>Bethany, CT 06524 | **Pride Garden** | ☐ D _____<br>■ E/F __3.69__<br>☐ G _____ |

| Debtor | **Ace Begonias Inc.** | | Case number *(if known)* | |

---

█ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.94 | **Paul Rieur** | 66 Bear Hill Road<br>Bethany, CT 06524 | **Razbutton Inc.** | ☐ D _____<br>■ E/F __3.70__<br>☐ G _____ |
| 2.95 | **Paul Rieur** | 66 Bear Hill Road<br>Bethany, CT 06524 | **Ryder Transportation** | ☐ D _____<br>■ E/F __3.74__<br>☐ G _____ |
| 2.96 | **Paul Rieur** | 66 Bear Hill Road<br>Bethany, CT 06524 | **Sachem Capital Corp** | ☐ D _____<br>■ E/F __3.75__<br>☐ G _____ |
| 2.97 | **Paul Rieur** | 66 Bear Hill Road<br>Bethany, CT 06524 | **Star Insurance Co.** | ☐ D _____<br>■ E/F __3.77__<br>☐ G _____ |
| 2.98 | **Paul Rieur** | 66 Bear Hill Road<br>Bethany, CT 06524 | **Stewarts Greenhouse Inc.** | ☐ D _____<br>■ E/F __3.78__<br>☐ G _____ |
| 2.99 | **Paul Rieur** | 66 Bear Hill Road<br>Bethany, CT 06524 | **Town of Bethany** | ☐ D _____<br>■ E/F __2.13__<br>☐ G _____ |
| 2.100 | **Paul Rieur** | 66 Bear Hill Road<br>Bethany, CT 06524 | **Troy Industrial Solutions** | ☐ D _____<br>■ E/F __3.81__<br>☐ G _____ |
| 2.101 | **Paul Rieur** | 66 Bear Hill Road<br>Bethany, CT 06524 | **Valley Heating Oil LLC** | ☐ D _____<br>■ E/F __3.83__<br>☐ G _____ |

---

Debtor    **Ace Begonias Inc.**                                                      Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.10 2 | **Paul Rieur** | **66 Bear Hill Road** **Bethany, CT 06524** | **W.W. Grainger** | ☐ D _____ ■ E/F __3.84__ ☐ G _____ |
| 2.10 3 | **Paul Rieur** | **66 Bear Hill Road** **Bethany, CT 06524** | **Waterfields Farm** | ☐ D _____ ■ E/F __3.85__ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name **Ace Begonias Inc.**

United States Bankruptcy Court for the: DISTRICT OF CONNECTICUT

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2019** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$90,000.00** |
| **For prior year:**<br>From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$300,000.00** |
| **For year before that:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | **$1,327,722.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

| Debtor | Ace Begonias Inc. | Case number *(if known)* | |
|---|---|---|---|

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5.  Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Lone Star Repair Service**<br>**Attn: Faloria Tamburrg**<br>**780 Pacific Street**<br>**Stamford, CT 06902** | **2001 Mitsubishi Fuso FH 211** | **6/26/19** | **Unknown** |

**6.  Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Evo Payments International**<br>**Attn: President**<br>**515 Broadhollow Road**<br>**Melville, NY 11747** | **money withheld due to court order by Capital Advantage**<br>Last 4 digits of account number: _____ | | **$0.00** |

| Part 3: | Legal Actions or Assignments |
|---|---|

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **GRIFFIN GREENHOUSE SUPPLIES INC v. ACE BEGONIAS, INC ET AL**<br>**NNH-CV19-5045386-S** | **Collection** | **Judicial District of New Haven**<br>**Attn: Clerk**<br>**235 Church Street**<br>**New Haven, CT 06510** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **ROC FUNDING CORP, LLC v. ACE BEGONIAS, INC.**<br>**NNH-CV19-5045892-S** | **Collection** | **Judicial District of New Haven**<br>**Attn: Clerk**<br>**235 Church Street**<br>**New Haven, CT 06510** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **Ace Begonias Inc.**                                              Case number *(if known)*

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.3.  **ADVANTAGE CAPITAL FUNDING v. ACE BEGONIAS, INC., PAUL RIEUR**<br>**121874-2018** | Collection | **Ontario County Supreme Court**<br>**Attn: Clerk**<br>**20 Ontario Street**<br>**Canandaigua, NY 14424** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.4.  **ROC Funding Group LLC v Ace Begonias, Paul R. Rieur**<br>**121217-20018** | | **Ontario County Supreme Court**<br>**Attn: Clerk**<br>**20 Ontario Street**<br>**Canandaigua, NY 14424** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5.  **Federal Oil v Ace Begonias Inc.**<br>**NNH-CV-19-6089505-S** | Collections | **Judicial District of New Haven**<br>**Attn: Clerk**<br>**235 Church Street**<br>**New Haven, CT 06510** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:**    **Certain Gifts and Charitable Contributions**

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| | | | |

**Part 5:**    **Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

**Part 6:**    **Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| | | | |

Debtor    Ace Begonias Inc. _____    Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Novak Law Office, PC**<br>**280 Adams Street**<br>**Manchester, CT 06042** | retainer and filing fees | 6/21/19 | $1,800.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor?<br>**Ellen Kolarik** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Bethany Farm & Nursery LLC**<br>**671 Aspen Lane**<br>**Orange, CT 06477** | sold real property located in Bethany & Woodbridge CT, consisting of a parcel of land of approximately 17.8 acres which is numbered 229 Seymour Road Bethany CT and .21 acres of land in Woodbridge CT totalling 18.01 acres | 7/19/19 | $600,000.00 |
| | Relationship to debtor | | | |
| 13.2. | **Bethany Farm & Nursery LLC**<br>**671 Aspen Lane**<br>**Orange, CT 06477** | SB Machinery potting maching and conveyor belt, Add-A-Veyor conveyor belt, Keystoker 2012 greenhouse heating equipment , 2013 Lumigrow agriculture lighting, 2014 Dell Optiplex computer, Keystoker 2013, Net-A-Fim 2015 irrigation equipment;  fixtures left on property and included in the Sale of Age Begonias to Bethany Farms - has little to no value | July 19, 2019 | $0.00 |
| | Relationship to debtor | | | |

Debtor    **Ace Begonias Inc.**                                           Case number *(if known)*

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.3<br>. | Vincent Vizzo Jr.<br>7 Old Good Hill Road<br>Oxford, CT 06478 | 2010 Massey Ferguson Tractor/loader<br>DDL130 | March 2019 | $4,000.00 |
| | Relationship to debtor | | | |

---

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial Institution name and<br>Address | Last 4 digits of<br>account number | Type of account or<br>instrument | Date account was<br>closed, sold,<br>moved, or<br>transferred | Last balance<br>before closing or<br>transfer |
|---|---|---|---|---|

---

Debtor    Ace Begonias Inc.                                                    Case number *(if known)*

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Webster Bank**<br>**Attn: President**<br>**696 Amity Rd**<br>**Bethany, CT 06524** | **XXXX-0305** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **12/11/2018** | **$0.00** |
| 18.2. | **TD Bank**<br>**Attn: President**<br>**249 Bank Street**<br>**Seymour, CT 06483** | **XXXX-4433** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | | **Unknown** |
| 18.3. | **Citizen's Bank**<br>**Attn: President**<br>**194 Amity Rd**<br>**Woodbridge, CT 06525** | **XXXX-0383** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | | **Unknown** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a

| Debtor | Ace Begonias Inc. | Case number *(if known)* | |
|---|---|---|---|

similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service<br>From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Wojtowicz LLC**<br>**Attn: President**<br>**100 Bank Street**<br>**Seymour, CT 06483** | |

Debtor    **Ace Begonias Inc.**                                      Case number *(if known)*

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2.    **Paul Rieur**<br>**66 Bear Hill Road**<br>**Bethany, CT 06524** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | | | | **Paul Rieur is owed salary in excess of $13,000.00 for working at Ace Begonias but has not been paid for work performed.** |
| | **Paul Rieur**<br>**66 Bear Hill Road**<br>**Bethany, CT 06524** | **in excess of $13,000.00** | | |
| | Relationship to debtor<br>**100% in charge of operating and managing Ace Begonias** | | | |

Debtor    **Ace Begonias Inc.**                                    Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | | | | Lucinda Rieur worked at Ace Begonias as book-keeper at the business premises and is owed in excess of $13,000.00 for working at Ace Begonias but has not been paid for work performed. |
| | **Lucinda Rieur 66 Bear Hill Road Bethany, CT 06524** | **in excess of $13,000.00** | | |
| | Relationship to debtor **Book-keeper at Ace Begonias** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Debtor    **Ace Begonias Inc.**                                              Case number *(if known)*

---

**Part 14:** **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 30, 2019**

**/s/ Paul R. Rieur**                                            **Paul R. Rieur**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Member/Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of Connecticut

In re   __Ace Begonias Inc.__                                      Case No. _____
                                         Debtor(s)        Chapter    __7__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 2,800.00 |
| Prior to the filing of this statement I have received | $ | 1,800.00 |
| Balance Due | $ | 1,000.00 |

2.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Reference is hereby made to the Bankruptcy Retainer Agreement dated July 25, 2019 for description of services and compensation to be paid.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **All services contemplated to be provided by the undersigned attorney shall be and are hereby limited to legal representation afforded the client in the United States Bankruptcy Courts, District of Connecticut pertaining to the Chapter 7 case described above.  Under no cirumstances shall this agreement be construed to impose a professional obligation or duty upon the attorney to represent the client in related or unrelated matters which matters are in the proper jurisdiction of the Superior Courts of  the State of Connecticut.**

    **Representation of the Debtor in an adversary proceeding and/or a contested matter including but not limited to motion pursuant to sec. 522(f) and sec. 506 requries a separate attorney's fee to be paid on an hourly rate retainer basis, which is in addition to the fee referenced in this Disclosure of Compensation of Attorney for Debtor.  The undersigned attorney is not responsible, nor obligated to any way, to undertake representation of the Debtor in any adversary proceeding, unless separately retained to do so.**

---
### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__August 30, 2019__                          __/s/ Anthony S. Novak__
*Date*                                        **Anthony S. Novak**
                                             *Signature of Attorney*
                                             **Novak Law Office, P.C.**
                                             **280 Adams Street**
                                             **Manchester, CT 06042**
                                             **860-432-7710  Fax: 860-432-7724**
                                             **anthonysnovak@aol.com**
                                             *Name of law firm*

---

# United States Bankruptcy Court
## District of Connecticut

In re  **Ace Begonias Inc.**

Debtor(s)

Case No.

Chapter  **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Member/Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **August 30, 2019**

**/s/ Paul R. Rieur**

**Paul R. Rieur**/**Member/Manager**
Signer/Title

A.D.R. Bulbs Inc.
Attn: President
P.O. Box 538
Chester, NY 10918


Ace Begonia's
231 Seymour Road
Woodbridge, CT 06525


Advantage Capital Funding
Attn: President
104 E. 25th Street
10th Floor
New York, NY 10010


Advantage Capital Funding
Attn: Jason S. Peckham
1750 14th Street
Suite 201
Boulder, CO 80302


Agco Finance, LLC
Attn: President
PO Box 2000
Johnston, IA 50131


All American Waste
Attn: President
P.O. Box 630
East Windsor, CT 06088


Allen's Plumbing Supply
Attn: President
145 Bank Street
RT 67
Seymour, CT 06483


American Bureau of Collections
Attn: President
500 Seneca Street
Suite 400
Buffalo, NY 14204


Amerigas
Attn: President
P.O.Box 371473
Pittsburgh, PA 15250

Amica Mutual Insurance Co.
Attn: President
ICS Claims
930 Sunrise Highway
West Babylon, NY 11704


Amica Mutual Insurance Co.
Attn: Juliana Indeglia
P.O. Box 9690
Providence, RI 02940


Amy M. Madore
Gesmonde Pietrosimone
& Sgrignari LLC
3127 Whitney Avenue
Hamden, CT 06518


ARIS Horticulture Inc.
Attn: President
P.O. Box 1236
Butler, PA 16003


Atwell Curtis & Brooks Ltd.
Attn: President
204 Stonehinge Lane
P.O. Box 363
Carle Place, NY 11514


Audit Systems Incorporated
Attn: President
3969 Ulmerton Road
Suite 200
Clearwater, FL 33762


Axos Bank
Attn: President
9205 West Russell Road
Suite 400
Las Vegas, NV 89148


Ball Horticultural Company
Attn: President
75 Remittance Dr, Suite 1114
Chicago, IL 60675

Ball Horticultural Company
Attn: President
622 Town Road
West Chicago, IL 60185


Barbara Hagen-Smith
116 Northrop Road
Woodbridge, CT 06525


Barr Credit Services, Inc
Attn: President
5151 E. Broadway Blvd
Suite 800
Tucson, AZ 85711


Berneckers Nursery
Attn: President
P.O. Box 122647
Dept. 2647
Dallas, TX 75312


Bethany Farm & Nursery LLC
671 Aspen Lane
Orange, CT 06477


Bethany Fuel LLC Inc.
Attn: President
861 LItchfield Avenue
Bethany, CT 06524


Blue Vine Capital
Attn: President
401 Warren Street
Redwood City, CA 94063


BlueVine Capital Inc.
Attn: President
30 Montgomery St #1400
Jersey City, NJ 07302-1000


Boyd Nurseries
Attn: President
1534 B Road
Loxahatchee, FL 33470

```
Brian S. Cantor
Attorney At Law
1220 Post Road
Fairfield, CT 06824


Business Card Services
Attn: President
P.O. Box 84030
Columbus, GA 31908


Business Card Services
Atn: 1415 Warm Spring Road
Columbus, GA 31904


Business GPS
Attn: Christy Brown
183 Keith Street
Warrenton, VA 20186


C. Wellington Scott
Harvey Scott & St. Charles Ltd
Meadowland Corporate Center
1099 Wall Street West
Lyndhurst, NJ 07071


Capital Caladiums
Attn: President
81 Bates Road
Lake Placid, FL 33852


Capital One Bank
Attn: President
PO Box 71083
Charlotte, NC 28272


Capital One Services, LLC
Attn: President
P. O. Box 30285
Salt Lake City, UT 84130


Cardmember Service
Attn: President
P.O. Box 790408
Saint Louis, MO 63179
```

Cardmember Service
Attn: President
P.O. Box 108
Saint Louis, MO 63166


Cash Flow Managemnet Inc.
Attn: President
P.O. Box 42407
5530 S.E. Center Street
Portland, OR 97242


Citizen's Bank
Attn: President
P.O. Box 42002
Providence, RI 02940


Clifford Strumello
15 Cemetary Road
Seymour, CT 06483


Colonial Florists
Attn: President
58 Broadway Avenue
St. Catherines Ontario ONTL2m4
Canada


Comcast
Attn: President
P.O. Box 70219
Philadelphia, PA 19176


Connecticut Communications
Attn: President
48 Ozick Drive
Durham, CT 06422


Corporate Service Company
Attn: President
P.O. Box 2576
Springfield, IL 62708


Corporation Service Co.
Attn President
P. O. Box 2576
Springfield, IL 62708

```
CT Corporation System
Attn President
330 N. Brand Blvd. #700
Glendale, CA 91203


Daddio's Used Auto Parts
Attn: Manager
728 Derby Ave #A
Seymour, CT 06483


Denise Arpino
33 Andrews Avenue
Milford, CT 06460


Direct Energy
Attn: President
P.O. Box 70220
Philadelphia, PA 19176


DLI Assets Bravo LLC
Attn: President
550 North Brand Blvd.
Suite 2000
Glendale, CA 91203


Donald H. Tamis
246 Bank Street
P.O. Box 351
Seymour, CT 06483


Douglas Robinson
122 East 42nd Street
Suite 2112
New York, NY 10168


Ellen Kolarik
1759 Mariposa Circle
Davis, CA 95618


Eversource
Attn: President
P.O. Box 56002
Boston, MA 02205
```

Eversource
Attn: Bankruptcy or Legal Dept
107 Selden Street
Berlin, CT 06037


Evo Merchant Services LLC
Attn: President
Zenith Merchant Services
3801 Arapaho Road
Addison, TX 75001


Evo Merchant Services LLC
Attn: President
515 Broadhollow Road
Melville, NY 11747


Exotic Botanicals
Attn: President
14450 SW 216th Street
Miami, FL 33170


Family Petrolium
Attn: President
54 New Haven Road
Seymour, CT 06483


Family Sunoco
Attn: Manager
54 New Haven Rd
Seymour, CT 06483


Farm Family Insurance Company
Att: President
PO Box 656
Albany, NY 12201


Federal Oil
Attn: President
220 Wallace Street
New Haven, CT 06511


Gary J. Greene
Greene Law PC
11 Talcott Notch Road
Farmington, CT 06032

Gempler
Attn: President
P.O. Box 5176
Janesville, WI 53547


Geremia Greenhouse
Attn: President
415 Barnes Road
Wallingford, CT 06492


Global Capital Partners Fun
Attn: President
274 Madison Avenue
Suite 901
New York, NY 10016


Green Island Distributors, Inc
Attn: President
730 West Main Street
Riverhead, NY 11901


Gregory Floral Inc.
Attn: President
1464 Gregory Road
St. Catherines Ontario L2R 6P9
Canada


Griffin Greenhouse Supplies
Attn: President
1619 Main Street
Tewksbury, MA 01876


Hampshire Paper
Attn: President
P.O. Box 783775
Philadelphia, PA 19178


Hans David Shmigelsky
211 Wooding Hill Road
Bethany, CT 06524


Harris & Harris Ltd.
Attn: President
111 West Jackson Blvd.
Suite 400
Woodbridge, CT 06525

Hazelton Shaft
Attn: President
414 Shaft Road
Hazleton, PA 18201


Henry Cushman
252 Leetes Island Road
Trailer 21
Branford, CT 06405


Hocon Gas
Attn: President
20 Railroad Hill Street
Waterbury, CT 06708


HOCON Industrial Gas
Attn: President
86 Payne Road
Danbury, CT 06810


Hugo Soriano
7 Star Avenue #3
Danbury, CT 06810


ICS Claims
Attn: President
930 Sunrise Highway
West Babylon, NY 11704


IGI Marketing Inc.
Attn: President
P.O. Box 1085
Sorrento, FL 32776


Innorvative Systems Inc.
Attn: President
22 Middlefield Road
Oxford, CT 06478


Internal Revenue Service
Attn: Special Procedures
135 High Street, Stop 155
Hartford, CT 06103

Jeffrey M. Quinn, Atty at Law
1017 Edmonds Avenue
PO Box 596
Drexel Hill, PA 19026


Joneser Express
Attn: President
P.O. Box 872
Windsor Locks, CT 06096


Juniper Biz Card
Attn: President
P.O. Box 23066
Columbus, GA 31902


Juniper Biz Card
Attn: President
P.O. Box 84030
Columbus, GA 31908


K & M Nursery
Attn: President
8289 W. Boynton Beach Blvd
Boynton Beach, FL 33472


Kabbage Inc.
Attn: President
P.O. Box 77081
Atlanta, GA 30357


Kabbage Inc.
Attn: President
730 W Peachtree St NW #1100
Atlanta, GA 30308


Kenneth Rozich
Jacobs & Rozich LLC
P.O. Box 1952
New Haven, CT 06509


KOBA
Attn: President
60 Baekeland Avenue
Middlesex, NJ 08846

Linegargar Gogan Blair &
Sampson LLP
Attn: Managing Partner
P.O. Box 708905
San Antonio, TX 78270


Livingston International
Attn: President
6700 Cote De Liesse
Bureau 300
St. Laurent PQ H4T2B5


Lizeth Perez
87 Kensington Street
New Haven, CT 06511


LJ Ross Associates Inc.
Attn: President
P.O.Box 827
Jackson, MI 49204


Loan Star Repair Service
Attn: Manager
780 Pacific St
Stamford, CT 06902


Lucas Greenhouses
Attn: Manager
1049 Whig Lane
Monroeville, NJ 08343


Marta German
1170 Johnson Road
Woodbridge, CT 06525


McHutchison
Attn: President
P.O. Box 92170
Elk Grove Village, IL 60009


Messick Company
Attn: President
142 North Central Avenue
Campbell, CA 95008

Monrovia Nursery Company
Attn: President
41 Floydville Rd
Granby, CT 06035


MTA Bridges and Tunnels
Attn: Clerk
PO Box 149001
Staten Island, NY 10314


Mulvehill
Attn: President
9821 Happy Hollow Road
Delray Beach, FL 33446


Nathan Guzzo
29 Curtis Avenue
Wallingford, CT 06492


Nicole A. Veno
Law Office of Nicole A. Veno
21 Waterville Road
Avon, CT 06001


Outfront Media
Attn: President
185 US 46
Fairfield, NJ 07004


Pamela Davison
231 Seymour Road
Woodbridge, CT 06525


Panzaer Nursery
Attn: President
17980 W. Baseline Road
Beaverton, OR 97006


Parks & Pearson LLC
Attn: President
765 East Main Street
Branford, CT 06405


Paul Rieur
66 Bear Hill Road
Bethany, CT 06524

Payment Processing Center
Attn: President
P.O. Box 22019
Albany, NY 12201


Philip H. Monagan, Esq.
61 Holmes Avenue
P. O. Box 2390
Waterbury, CT 06722


Phoenix Propane
Attn: President
P.O. Box 540
Oxford, CT 06478


Plants in Design Inc.
Attn: President
20905 SW 162nd Avenue
Miami, FL 33187


Pride Garden
Attn: President
500 W. Sellers Avenue
Ridley Park, PA 19078


Razbutton Inc.
Attn: President
P.O. Box 783006
Winter Garden, FL 34778


Reading Anthracite Company
Attn: President
DAL Inc.
P.O. Box 162
Clifton Heights, PA 19018


Richard D. Smith & Co. Inc.
Attn: President
P.O. Box 734
Middletown, NJ 07748


ROC Funding Group
Attn: President
260 Christopher Ln
Staten Island, NY 10314

Rodolfo Gaba Jr.
Gaba Guerrini Law
8583 Irvine Center Drive
Suite 500
Irvine, CA 92618

Ryder Transportation
Attn: President
P.O. Box 96723
Chicago, IL 60693

Sachem Capital Corp
Attn: President
23 Laurel Street
Branford, CT 06405

Sachem Capital Corp
Attn: John Villano
360 Lexington Avenue
New York, NY 10170

Sachem Capital Corp.
Attn: Peter Giannotti
698 Main St
Branford, CT 06405

Salmon Foliage
Attn: President
P.O. Box 519
Sorrento, FL 32776

Samuel Ollunga
750 3rd Avenue
9th Floor
New York, NY 10017

Star Insurance Co.
Attn: President
P.O. Box 31130
Tampa, FL 33631

State of Connecticut
Dept. of Revenue Services
C&E Division, Bankruptcy Unit
450 Columbus Blvd., Suite 1
Hartford, CT 06103

```
State of Connecticut
Dept. of Labor
Attn: Clerk
200 Folly Brook Boulevard
Wethersfield, CT 06109


Steven A. Sugarmann
Sugarmann & Sugarmann
One Bradley Road
P.O. Box 3996
Woodbridge, CT 06525


Stewarts Greenhouse Inc.
Attn: President
P.O. Box 1848
Mount Dora, FL 32756


Synergetic Communication, Inc
Attn: Ken Walsh
5450 N.W. Central #220
Houston, TX 77092


TD Bank
Attn: President
P.O. Box 16027
Lewiston, ME 04243


Thomas Dufour
1129 Essex Place
Stratford, CT 06615


Timothy J. Murtha
Roach & Murtha
Attorneys at Law PC
6901 Jericho Turnpike Ste 101
Syosset, NY 11791


Tire Shak Inc.
Attn: President
12 Great Hill Road
Ansonia, CT 06401


Town of Bethany
Attn: Clerk
40 Peck Rd
Bethany, CT 06524
```

Town of Woodbridge
Attn:  Town Clerk
11 Meetinghouse Ln
Woodbridge, CT 06525


Transworld Systems Inc
Attn: President
500 Virginia Drive, Suite 514
Fort Washington, PA 19034


Transworld Systems Inc.
Attn: President
P.O. Box 15110
Wilmington, DE 19850


Troy Industrial Solutions
Attn: President
30 Maple Street
Ansonia, CT 06401


Valley Discount Oil
Attn: President
76 Bank Street
Seymour, CT 06483


Valley Heating Oil LLC
Attn: President
76 Bank Street
Portland, CT 06480


W.W. Grainger
Attn: President
14441 Il Route 60
Lake Forest, IL 60045


Waterfields Farm
Attn: President
93 Peck Road
Bethany, CT 06524


Webster Bank
Attn: President
696 Amity Road
Bethany, CT 06524

Webster Bank
Attn: President
696 Amity Rd
Bethany, CT 06524


Webster Bank, NA
Attn: President
Mail Code - NB150
436 Slater Road
New Britain, CT 06053


Wendy Rutkin
120 Dwight Street
Apt. 408
New Haven, CT 06511


Wholesale Collectors
Attn: President
P.O. Box 5213
Janesville, WI 53547


William Lasse
130 Hill Street
Shelton, CT 06484


Wojtowicz LLC
Attn: President
100 Bank Street
Seymour, CT 06483


World Business Lenders
Attn: Donald Jackson
101 Hudson Street
33rd Floor
Jersey City, NJ 07302


World Pay US, Inc.
Attn: President
201 17th Street NW
Suite 1000
Atlanta, GA 30363


Zentek Farms LLC
Attn: President
325 Higgins Road
Cheshire, CT 06410

8/30/19  3:08PM

# United States Bankruptcy Court
## District of Connecticut

In re    __Ace Begonias Inc.__ _____    Case No. _____
                                             Debtor(s)           Chapter    __7__ _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Ace Begonias Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__August 30, 2019__ _____      __/s/ Anthony S. Novak__ _____
Date                                    __Anthony S. Novak__
                                         Signature of Attorney or Litigant
                                         Counsel for    __Ace Begonias Inc.__
                                         __Novak Law Office, P.C.__
                                         __280 Adams Street__
                                         __Manchester, CT 06042__
                                         __860-432-7710 Fax:860-432-7724__
                                         __anthonysnovak@aol.com__