**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| ACE BEGONIAS INC., | ) | CASE NO. 19-31430 (AMN) |
| | ) | |
| DEBTOR. | ) | |
| | ) | |
| | ) | |

**AFFIDAVIT OF DAVID C. SHUFRIN**

I, David C. Shufrin, being duly sworn, depose and say:

1. I am an attorney duly admitted to practice before all Connecticut State Courts, the United States District Court for the District of Connecticut, and the United States District Court for the Southern District of New York.

2. I am associated with the law firm of Hurwitz, Sagarin, Slossberg & Knuff, LLC, which maintains and office at 147 N. Broad Street, Milford, Connecticut, and I make this affidavit in support of entry of an Order authorizing the retention of HSSK as counsel to Trustee, Bonnie C. Mangan (the "Trustee") in the above-caption case.

3. Neither I, nor HSSK, nor any of its members or associates, hold any interest adverse to the Trustee, or the above-entitled estate and both HSSK and I are disinterested persons as defined in 11 U.S.C. Section 101.

4. Neither I, nor HSSK, nor any of its members or associates, have any connections with the Debtor, creditors, or any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, except that:

    a. HSSK maintains one or more depository accounts at Webster Bank, N.A.;

    b.    HSSK represents the Town of Woodbridge in matters that are entirely unrelated to the Debtor;

    c.    HSSK obtains trash removal services from All American Waste;

    d.    Certain of HSSK's members, associates, and/or employees may maintain personal accounts with Webster Bank, N.A., Citizen's Bank, N.A., or TD Bank, N.A.;

    e.    Certain of HSSK's members, associates, and/or employees may hold credit card accounts with Capital One Bank;

    f.    Certain of HSSK's members, associates, and/or employees may obtain utility services from Comcast and/or Eversource; and

    g.    Certain of HSSK's members, associates, and/or employees may hold EZ-Pass accounts with MTA Bridges and Tunnels.

5.    Neither I, nor HSSK, nor any of its members or associates, has a prepetition or other claim against the estate.

6.    I acknowledge that the United States Bankruptcy Court must approve my firm's fee application and request for reimbursement of costs before my fees and costs can be paid. HSSK will apply to the Court for compensation under 11 U.S.C. §§ 330 and 331, Fed. R. Bankr. P. 2016, and the Local Rules of this Court.

7.    Neither I, nor HSSK, have shared or have agreed to share with any person, any compensation received in this case, except as permitted by Bankruptcy Code § 504(b)(1) among HSSK's members, partners, or regular associates.

Executed at Milford, Connecticut on this 22nd day of January, 2020.

_____
David C. Shufrin

Subscribed and sworn before me this 22nd day of January, 2020.

_____
Jeffrey P. Nichols

2