# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
March 16, 2020

In re:

Ace Begonias Inc.
Debtor*

Case Number: 19–31430
Chapter: 7

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a Hearing will be held at **157 Church Street, 18th Floor, New Haven, CT 06510** on **April 8, 2020** at **10:00 AM** to consider and act upon the following matter(s):

**Application to Employ Hurwitz, Sagarin, Slossberg & Knuff, LLC as Special Counsel Filed by Bonnie C. Mangan, Trustee. (Re: Doc #14)**

**OBJECTION(S) DUE:** April 1, 2020 before 4:00 p.m. Untimely objections may not be considered.

**TO THE FILING PARTY:** If the you or your attorney fail to participate in the above scheduled hearing, the court may enter an order denying the matter(s) identified above.

Dated: March 16, 2020

For the Court

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
157 Church Street, 18th Floor
New Haven, CT 06510

Tel. (203) 773–2009
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 112