UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| ACE BEGONIAS INC., | ) | CASE NO. 19-31430 (AMN) |
| | ) | |
| DEBTOR. | ) | |
| | ) | |
| | ) | |
| BONNIE C. MANGAN, CHAPTER 7 TRUSTEE FOR ACE BEGONIAS, INC. | ) | Adv. Pro. No. 21-03007 |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | |
| | ) | May 5, 2022 |
| KABBAGE, INC. AND CELTIC BANK | ) | |
| | ) | |
| DEFENDANTS | ) | |

CERTIFICATE OF SERVICE

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004, the undersigned certifies that on the 5th day of May, 2022 the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system or, by first class mail on the parties listed in section II below.

I.  Documents Served:

    1.    Order Granting Motion to Limit Service of Motion And Notice of hearing (ECF No. 70)

    2.    Notice of Hearing ECF No. 71);

    3.    Motion for Approval of Settlement Agreement (ECF No. 68);

    4.    Proposed Order;

1

5. Any Exhibits.

II. <u>Parties Served</u>:

Ace Begonias, Inc.
66 Bear Hill Road
Bethany, CT 06524
(Debtor)

Attorney Anthony S. Novak
Novak Law Office, P.C.
Manchester, CT 06042-1975
anthonysnovak@aol.com

And to Creditors on Schedule A attached

Dated at South Windsor, Connecticut this 5th day of May, 2022

/s/Bonnie C. Mangan
Bonnie C. Mangan
Chapter 7 Trustee
#ct03759

SCHEDULE A
**19-31430** Ace Begonias Inc.
**Creditors Served**

**Advantage Capital Funding**
Attn: President
Thomson Ollunga, LLP
747 Third Avenue, 2nd Floor
New York, New York 10017

**Barbara Hagan-Smith**
116 Northrop Road
Woodbridge, CT 06525

**BioAgriCultural Enterprises LLC**
dba WaterField Farms
Attn: Managing Member
93 Peck Rod
Bethany CT 06524

**Boyd Nurseries**
Attn: President
1535 B Road
Loxahatchee, FL 33470

**Clifford Strumello**
15 Cemetary Road
Seymour, CT 06483

**Connecticut Department of Revenue Services**
Collections Unit / Bankruptcy Team
450 Columbus Blvd., Ste. 1
Hartford, CT 06103-1837

**Connecticut Light & Power dba Eversource**
Attn: President
PO Box 2899
Hartford CT 06101

**CSS Industries dba Hampshire Paper**
Attn: Jonathan Zeislof, Sr. Mgr. Fin. S
2015 West Front Street,
P.O. Box 428
Berwick, PA 18103

3

**Denise Arpino**
33 Andrews Avenue
Milford, CT 06460

**Eversource**
Attn: President
P.O. Box 56002
Boston, MA 02205

**Eversource**
Attn: Bankruptcy or Legal Dept
107 Selden Street
Berlin, CT 06037

**Attorney Gary J. Greene**
Greene Law PC
11 Talcott Notch Road
Farmington, CT 06032

**Gregory Floral Inc.**
Attn: President
1464 Gregory Road
St. Catherines Ontario L2R 6P9
Canada

**Griffin Greenhouse Supplies**
Gary J. Greene, Esq.
Greene Law, P.C.
11 Talcott Nothch Road
Farmington, CT 06032

**Griffin Greenhouse Supplies**
Attn: President
1619 Main Street
Tewksbury, MA 01876

**Hans David Shmigelsky**
83 Chestnut Street
Apt 83D
Bethel, CT 06801

**Henry Cushman**
252 Leetes Island Road
Trailer 21
Branford, CT 06405

**Hugo Soriano**
24 Whitlock Avenue
Bethel, CT 06801

**Internal Revenue Service**
**Attn: Commissioner**
PO Box 7346
Philadelphia, PA 19101-7346

**Jay Boynton**
57 Bear Hill Road
Bethany, CT 06524

**Kabbage Inc.**
Attn: President
P.O. Box 77081
Atlanta, GA 30357

**Kabbage Inc.**
Attn: President
730 W Peachtree St NW #1100
Atlanta, GA 30308

**Lizeth Perez**
60 Woodward Avenue
2nd Floor
New Haven, CT 06512

**Marta German**
1170 Johnson Road
Woodbridge, CT 06525

**Max Boynton**
57 Bear Hill Road
Bethany, CT 06524

**Mulvehill**
Attn: President
9821 Happy Hollow Road
Delray Beach, FL 33446

**Nathan Guzzo**
139 Fountain Street
Apt. B8
New Haven, CT 06515

**O'Connell, Attmore & Morris**
c/o Addam D. Lewis
280 Trumbull Street, 23rd Fl.
Hartford, CT 06103

**Pamela Davison**
231 Seymour Road
Woodbridge, CT 06525

**Phoenix Propane**
Attn: President
P.O. Box 540
Oxford, CT 06478

**Phoenix Propane, LLC**
c/o Philip H. Monagan, Esq.
61 Holmes Avenue
P.O. Box 1817
Waterbury, CT 06722

**ROC Funding Group**
Attn: President
260 Christopher Ln
Staten Island, NY 10314

**State of Connecticut**
Dept. of Labor
Attn: Commissioner
200 Folly Brook Boulevard
Wethersfield, CT 06109

**State of CT, Dept. of Revenue Services**
c/o Denise S. Mondell
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120

**U.S. Bank NA dba**
**Elan Financial Services**
Attn: President
Bankruptcy Department
PO Box 108
St. Louis MO, 63166-0108

**Wendy Rutkin**
120 Dwight Street
Apt. 408
New Haven, CT 06511

**William Lasse**
130 Hill Street
Shelton, CT 06484

**Wojtowicz LLC**
Attn: President
100 Bank Street
Seymour, CT 06483

Attorney General of the United States
U.S. Department of Justice
Attn: Attorney General
950 Pennsylvania Avenue
Washington, DC 20530-0001

United States Attorney's Office
Attn: Civil Process Clerk
157 Church Street, 25th Floor
New Haven, CT 06510

State of Connecticut
Office of the Attorney General
Attn: Attorney General
P.O. Box 120
Hartford, CT 06106

| | | |
|---|---|---|
| Kellianne Baranowsky | | |
| Green & Sklarz, LLC | kbaranowsky@gs-lawfirm.com | |
| | | |
| Nathan L. Garroway | | |
| Dentons US LLP | nathan.garroway@dentons.com | |
| | | |
| Jeffrey A. Zachman | | |
| Dentons US LLP | jeffrey.zachman@dentons.com | |